**Johnathan M. GILMORE,
Petitioner–Appellant,**

v.

**NORTH CAROLINA DEPARTMENT OF CORRECTION; Michael T.W. Bell, Respondents–Appellees.**

No. 00–6901.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2000.

Decided Jan. 8, 2001.

Johnathan M. Gilmore, pro se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellees.

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Johnathan M. Gilmore seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Gilmore v. North Carolina Dep't of Corr.*, No. CA–99–434–5–H (E.D.N.C. June 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*